O

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
CIVIL MINUTES -- GENERAL

Case No.   ED CV 08-01254-SGL(OPx)                              Date:  October 31, 2008

Title:   HSBC BANK, USA NATIONAL ASSOCIATION as Trustee for Home Equity Loan Trust Series ACE 2006 HE1 v. YUBANIS FLORES, ET AL.
==========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

        Jim Holmes                                 None Present
        Courtroom Deputy Clerk             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                  None present

PROCEEDINGS:   (IN CHAMBERS)
                     MINUTE ORDER REMANDING ACTION TO RIVERSIDE SUPERIOR
                     COURT, MORENO VALLEY DIVISION

     The deadline for a response to have been filed regarding this Court's Order to Show Cause (OSC) issued October 9, 2008, has expired.  A review of the docket in this matter reflects that no written response has been filed, nor has any party requested leave of court for an order extending the time to file a response.

     Accordingly, the Court ORDERS the within action remanded to Riverside County Superior Court.  (Riverside County Superior Court, case number RIU 003217)

     The Court further ORDERS docket No. 6, ex parte application to shorten time for hearing on motion to remand, is DENIED, as moot.

     IT IS SO ORDERED.